referenced case, and that Senior Judge Cox has consented to perform judicial duties in said case under Article 142(e)(1)(A)(iii), Uniform Code of Military Justice, 10 U.S.C. § 942(e)(1)(A)(iii) (2012).

No. 16–0727/AF. U.S. v. James W. Richards IV. CCA 38346. Appellant's motion to correct errata in oral argument is granted.

No. 17–0037/AF. U.S. v. Cory D. Phillips. CCAS38771. On consideration of the Hearing Notice issued February 21, 2017, setting the above-mentioned case for oral argument, it is ordered that said Hearing Notice is hereby vacated.

No. 17–0207/AR. U.S. v. David Montoya. CCA 20150211. On consideration of Appellant's petition for grant of review of the decision of the United States Army Court of Criminal Appeals, and the Appellee's general opposition letter, it is ordered that, with regard to the third issue raised pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), involving text messages, appellate defense counsel will file an additional supplement on said issue within 20 days of the date of this order. Appellee may answer within 20 days of the filing of the additional supplement.

No. 17–0227/MC. U.S. v. David Montalvo III. CCA 201400241. On consideration of Appellant's third motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted, but only up to and including March 31, 2017, and absent extraordinary circumstances, no further extension of time will be granted in this case.

No. 17–0286/AF. U.S. v. Eldridge S. Jones, Jr. CCA 38859. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 3, 2017.

No. 17–0287/NA. U.S. v. Andrew A. Sholtes. CCA 201500230. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 5, 2017.

Monday, March 20, 2017

No. 17–0169/AF. U.S. v. Marcus A. Mancini. CCA 38783. On consideration of Appellee's motion to dismiss the petition for grant of review for lack of jurisdiction,

it is ordered that said motion is hereby granted without prejudice to Appellant's right to file a petition during the course of normal appellate review.

No. 17–0196/AF. U.S. v. Paul D. Voorhees. CCA 38836. On consideration of Appellee's motion to dismiss the petition for grant of review for lack of jurisdiction, it is ordered that said motion is hereby granted without prejudice to Appellant's right to file a petition during the course of normal appellate review.

No. 17–0077/AR. U.S. v. Salvador Jimenez–Victoria. CCA 20140733. Appellant's motion to consider additional matters out of time is denied.

No. 17–0086/AF. United States, Appellant/Cross–Appellee v. Patrick Carter, Appellee/Cross–Appellant. CCA 38708. Appellant/Cross–Appellee's motion to dismiss the petition for grant of review is denied.

No. 17–0148/AF. U.S. v. Stephan H. Claxton. CCA 38188. On further consideration of the Order Granting Review issued February 3, 2017, it is ordered that the portion of the Order Granting Review of Issue I is hereby vacated, and that Issue II will be briefed and heard at oral argument on May 9, 2017.

No. 17–0182/NA. U.S. v. Richard P. Trotter. CCA 201500332. Appellee's motion to file an answer to the supplement to the petition for grant of review out of time is denied.

No. 17–0290/AF. U.S. v. Andrew I. Lutcza. CCA 2016–13. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 6, 2017.

No. 17–0291/NA. U.S. v. Darin G. Lòpez. CCA 201400373. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 6, 2017.

No. 17–0294/AR. U.S. v. James R. Reed. CCA 20150284. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 31, 2017.

No. 17–0295/AR. U.S. v. Harry J. Ciborowski. CCA 20150544. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 6, 2017.

Tuesday, March 21, 2017